IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION FILE |
| | ) | |
| LLOYD JOYNER, | ) | NO. 1:15-CR-255-ELR/AJB |
| | ) | (Superseding) |
| Defendant. | ) | |

## UNITED STATES MAGISTRATE JUDGE'S ORDER AND FINAL REPORT AND RECOMMENDATION

Before the Court are Defendant Lloyd Joyner's motion and amended motion for return of seized property, [Docs. 38, 41]. The Court ordered the Government to respond, [Doc. 119 at 49], and the Government complied. [Doc. 128]. For the following reasons, the undersigned **RECOMMENDS** that the motion be **GRANTED** with conditions.

Joyner was arrested on June 24, 2015 in a 2009 Pontiac G6, Georgia tag number PJG1088, and the vehicle was impounded by the FBI. In his amended motion, he seeks the return of the vehicle, which he remains obligated to pay for. [*See* Doc. 41 *passim*]. The Government in response claims that it is ready to return the vehicle (and has been since September 2015), conditioned upon Joyner designating a person to take possession of the vehicle on his behalf since, as a result of Joyner being in custody, the

AO 72A
(Rev.8/82)

FBI cannot return the vehicle directly to him.  [Doc. 128 at 2].

At an *ex parte* hearing on Joyner's *pro se* motions to replace counsel, [Docs. 103, 104],[1] defense counsel represented to the Court that he is confident that he will be able to provide the Government with the information that it needs in order for the Government to release the vehicle.

Accordingly, the Court **RECOMMENDS** that Joyner's motion and amended motion to return seized property, [Docs. 38, 41], be **GRANTED**, conditioned upon Joyner, or someone with legal authority on his behalf, identifying a person to the Government to whom the FBI can return the vehicle.

The Court has now ruled on all motions referred to it.  Further, the Court has not been advised of any impediments to the scheduling of trial.  Therefore, this case is **CERTIFIED READY FOR TRIAL**.

**IT IS SO RECOMMENDED and CERTIFIED**, this the 8th day of June, 2016.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] After hearing from Joyner and defense counsel, the Court denied Joyner's motions.

2

AO 72A
(Rev.8/82)